RECEIVED
AUG - 5 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

DONNA ANDRUS                                    DOCKET NO:1:13-cv-01374

VERSUS

COMMISSIONER SOCIAL                             JUDGE JAMES T. TRIMBLE, JR.
    SECURITY ADMIN.                             MAGISTRATE JUDGE JAMES D. KIRK

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Andrus' appeal is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 5th day of August, 2014.

_____
JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE